**The following constitutes the order of the Court.**

Signed October 25, 2005

United States Bankruptcy Judge

---

BTXN 060 (rev. 10/05)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Monrow L. Trammell § Case No.: 05−81991−bjh13
§ Chapter No.: 13
Debtor(s) §

**ORDER DISMISSING CASE**

**The Debtor(s), having been given notice that this case would be dismissed upon the failure to timely file:**

- ☐ Pay the required filing fee in installments as directed in the Order regarding the Application to Pay Filing Fee in Installments, or Order denying/revoking the Application for Waiver of the Chapter 7 Filing Fee.
- ☐ List of creditors required to be filed with the petition by N.D.TX L.B.R. 1007.2(a) within 48 hours from the issuance of the Notice Requiring Missing Documents; and/or
- ☐ Schedules and/or Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 1007(c) within 15 days of the filing of the Petition; and/or
- ☒ Plan/Plan Summary pursuant to Fed. R. Bankr. P. 3015 within 15 days of the filing of the Petition; and/or
- ☐ Authorization for Pre−Confirmation Disbursement pursuant to General Order 98−4 within 15 days of the filing of the Petition; and/or
- ☐ Attorney Fee Disclosure within 15 days of the date of the filing of the petition; and/or
- ☐ List of twenty largest unsecured creditors within 15 days of the date of the filing of the petition; and/or

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

page 2

- ☐ Social Security/Tax ID number within 48 hours from the issuance of the Notice Requiring Missing Documents; and/or
- ☐ Certificate of completion from an approved credit counseling course within 72 hours of the date of the filing of the petition; and/or
- ☐ Copies of employee income records within 15 days of the date of the filing of the petition; and/or
- ☐ Statement of Current Monthly Income within 15 days of the date of the filing of the petition; and/or
- ☐ Chapter 15 Service List within 15 days of the date of the filing of the petition; and/or
- ☐ All required documents pursuant to 11 U.S.C. § 521 within 45 days of the filing of the petition; and/or
- ☐ Other: has not

**Pursuant to General Order 98−4, and the Trustee having certified that the Debtor(s):**

- ☐ Did not pay the first payment specified in the Debtor's Preliminary Plan to the Trustee within 45 days of the filing of the Petition; and/or
- ☐ Did not pay to the Trustee when due, any pre−confirmation Payment (except the first) specified in the Debtor's Preliminary Plan. (See General Order 98−4(3)(e)); and/or
- ☐ Failed to attend the Section 341 Meeting of Creditors and/or Debtor's Seminar.
- ☐ Did not pay to the Trustee when due, any post−confirmation Payments specified in the Debtor's Confirmed Final Plan.

The Court finds that the time for compliance with the above requirement(s) has now passed. The Court further finds that a motion to lift or modify the automatic stay has not been filed. It is, therefore

- ☑ **ORDERED** that this case is **DISMISSED** , and it is further
- ☑ **ORDERED** that this Order shall not be deemed a bar to refiling under 11 U.S.C. §109(g).
- ☐ **ORDERED** that this Order shall be deemed a bar to refiling for 180 days under 11 U.S.C. §109(g)(1) & (g)(2).

# # # End of Order # # #