# UNITED STATES BANKRUPTCY COURT

CASE # 05-81991

## Northern District of Texas (Dallas)

In Re: Monroe L. Trammell

U S BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT 27 2005
TAWANA C. MARSHALL, CLERK
By_____
Deputy

Chapter : 13

## REQUEST FOR SPECIAL NOTICE

Debtor:  Monroe L. Trammell

NovaStar Mortgage Inc., a secured creditor in the above captioned case, hereby

requests special notice of all hearings, orders and other proceedings in the above-entitled

action and further requests to be listed on the Master Mailing List of Creditors for both

secured and unsecured creditors. All such notices should be mailed to:

NovaStar Mortgage, Inc.
P. O. BOX 2900
Shawnee Mission,  KS  66201

10/05/05
_____
Date

_____
Marla McFarlane
Bankruptcy Specialist