**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: § | CASE NO. | 05-81991-13 |
| MONROW L TRAMMELL § | | |
| DEBTOR(S), § | CHAPTER | 13 |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Dallas County**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions

notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed

disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments

filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b)

and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
Telephone:   (214)880-0089
Facsimile:    (214)253-2558
Email:         dallas.bankruptcy@publicans.com

By:*/s/ Sherrel K. Knighton*
    Sherrel K. Knighton        State Bar No.        00796900

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or

mailed to the parties listed below.

THOMAS DWAIN. POWERS
125 E JOHN CARPENTER FRWY, STE 1100
IRVING, TX 75062-2288

Dated this   3rd   day of November, 2005.          */s/ Sherrel K. Knighton*
                                                    Sherrel K. Knighton