CHAPTER 13 TRUSTEE
125 E. JOHN CARPENTER FWY
SUITE 1100
IRVING, TEXAS 75062
(214) 855-9200

```
            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       DALLAS DIVISION


IN RE:                            (     CASE NO. 05-81991
                                  (
MONROW L. TRAMMELL                (     JUDGE:  BARBARA J. HOUSER
4014 KERR CIRCLE                  (
FARMERS BRANCH TX 75244           (     CHAPTER 13
                                  (
                                  (     DATE: 11/15/2005
a/k/a                             (
          DEBTOR(S)               (
                                  (
                                  (
                                  (
```

## TRUSTEE'S FINAL REPORT AND ACCOUNT

   Tom Powers, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

|  |  | Total Paid (P&I) |
|---|---|---|
| Debtor Discharged: |  | Secured:   $_____.00 |
| Case Filed:  10/03/2005 | Priority:  $_____.00 |
| Plan Confirmed: | *Unsecured: $_____.00 |

(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

MONROW L. TRAMMELL, 05-81991

The case was DISMISSED PRIOR TO CONFIRMATION on 10/25/2005.

**TOTAL RECEIPTS by Trustee:** $_____.00

**ADMINISTRATIVE EXPENSES PAID:**

| | |
|---|---|
| Debtor Attorney Fee Paid By Trustee To PRO SE: | $_____.00 |
| Trustee's Fee & Expenses Paid Pre-Confirmation: | $_____.00 |
| Trustee's Fee & Expenses Paid Post-Confirmation: | $_____.00 |
| Noticing Fee Paid: | $_____.00 |
| Clerk's Fee Paid: | $_____.00 |
| TOTAL ADMINISTRATIVE EXPENSES PAID: | $_____.00 |

**REFUNDS PAID TO DEBTOR(S):**                                      $_____.00

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name<br>Account Number | Comment | Claim Amt.<br>Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **SECURED:** | | | | |
| CITY OF FARMERS BRANCH<br>24061500040200000 | REAL PROPERTY | 353.70 | .00 | .00 |
| COUNTY OF DALLAS<br>24061500040200000 | REAL PROPERTY | 1,677.75 | .00 | .00 |
| NOVASTAR MORTGAGE | HOMESTEAD/ARREARS | 20,782.42 | .00 | .00 |
| NOVASTAR MORTGAGE | HOMESTEAD/CURRENT | Direct | .00 | .00 |
| **PRIORITY:** | | | | |
| **UNSECURED:** | | | | |
| ATTORNEY GENERAL OF TEXAS<br>NO ACCT # | | Not Filed | .00 | .00 |
| CAPITAL ONE BANK<br>52TDM71442724751 | | 1,814.22 | .00 | .00 |

MONROW L. TRAMMELL, 05-81991

| Creditor Name<br>Account Number | Comment | Claim Amt.<br>Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| CAPITAL ONE BANK<br>41TDM41414762018 | | 1,671.39 | .00 | .00 |
| CAPITAL ONE BANK<br>48TDM62375013367 | | 199.66 | .00 | .00 |
| CAPITAL ONE BANK<br>48TDM62500132595 | | 634.69 | .00 | .00 |
| FIRST SAVINGS CREDIT CARD<br>NO ACCT # | | Not Filed | .00 | .00 |
| MERRICK BANK<br>NO ACCT # | | Not Filed | .00 | .00 |
| ORCHARD BANK<br>NO ACCT # | | Not Filed | .00 | .00 |
| UNITED STATES ATTORNEY<br>NO ACCT # | | Not Filed | .00 | .00 |

**OTHER:**

| | | | | |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE / UNSECURED<br>NO ACCT # | | Not Filed | .00 | .00 |

**NOTICE ONLY:**

BALCOM LAW FIRM          NOVASTAR MORTGAGE

CITY OF FARMERS BRANCH

DALLAS COUNTY

NOVASTAR MORTGAGE INC

STATE COMPTROLLER

TEXAS ALCOHOLIC BEVERAGE

TEXAS EMPLOYMENT COMMISSI

Final Report and Account/05-81991/ML                                                          Page   3

MONROW L. TRAMMELL, 05-81991

Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, and grants such other relief as may be just and proper.

/s/ Thomas D. Powers
_____
Thomas D. Powers/Trustee