**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:                                          CASE NO. 05-81991-BJH-13
    MONROW L. TRAMMELL
    DEBTOR(S)

## OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee herein files this Objection to Confirmation to the Plan filed by Debtor(s), and respectfully shows the Court as follows:

1. The Debtor(s) may not be able to make all payments under the Plan. Therefore, the Plan may not be feasible per 11 U.S.C. Section (a) (b). The Debtor(s) is $ 1,113.00 delinquent. Plan payments are currently $ 697.00 .

2. This Objection to Confirmation is supplemental to any other that may have been filed by the Standing Chapter 13 Trustee in this case.

Respectfully submitted,

/S/ Thomas D. Powers

_____
Thomas D. Powers
Trustee/State Bar # 16218700


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of foregoing Trustee's "Objection to Confirmation" has been served by me on 09/07/2006, on the parties listed below by United States First Class Mail:

Debtor(s):                                      Attorney for Debtor
MONROW L. TRAMMELL
4014 KERR CIRCLE                                PERLMAN AND ROBISON
                                                3626 N HALL STE 610
FARMERS BRANCH TX 75244                         DALLAS TX 75219


                                                Fax No. (214) 520-2211


                                                /S/ Thomas D. Powers

Dated: 09/07/2006                               _____
                                                Thomas D. Powers