**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**

125 E. John Carpenter Freeway, Suite #1100

Irving, Texas 75062

(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 05-81991 |
| MONROW L. TRAMMELL | CHAPTER 13 |
| DEBTOR(S), | JUDGE BARBARA J. HOUSER |

OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and filed this **"Objection to Confirmation"** of the Plan heretofore filed herein by Debtor(s), and for same would respectfully show the Court as follows:

___ 1. The Plan does not provide for full payment in deferred cash payments, of all claims entitled to **Priority** under 11 U.S.C. Section 507, per 11 U.S.C. Section 1322(a)(2), because:


___ 2. The Plan does not provide for the same treatment for each claim within a particular class, per 11 U.S.C. Section 1322(a)(3), and/or discriminates unfairly against a particular class in violation of 11 U.S.C. Section 1322(b)(1), because:


___ 3. The Plan has not been proposed in "good faith" per 11 U.S.C. Section 1325(a)(3), because:


___ 4. The Plan as filed pays $      .00 to unsecured creditors.  This is less than they would receive in Chapter 7 liquidation.  The Plan therefore fails to meet the requirement of 11 U.S.C. Section 1325(a)(4) of the Bankruptcy Code.  In a Chapter 7 liquidation, unsecured creditors would receive at least $      .00, computed as follows:


This Objection can be cured by Modification which provides, in effect, as follows:


___ 5. With regard to secured claims:

   ___ a. The Plan does not provide that the holder of each secured claim, retain a lien on the collateral securing same, per 11 U.S.C. Section 1325(a)(5)(b)(i).

   ___ b. The Plan does not provide for payments to creditors who have been "crammed down" to be paid through the Trustee, per 11 U.S.C. Section 1322(a)(1), and Section 1326(b).

   ___ c. The Plan does not provide for a specific monthly payment to a creditor secured by a motor vehicle sufficient to amortize the secured claim at or exceeding the rate of depreciation of collateral.

This Objection can be cured by Modification, which provides in effect, the following: **Changing "PRO RATA" treatment to a "PER MONTH" specific dollar amount, for all creditors secured by motor vehicles.**

_X_ 6. The Debtor(s) will not be able to make all payments under the Plan and comply with the Plan, (i.e., it is not "feasible") per 11 U.S.C. Section 1325(a)(6), because: **DEBTOR IS NOT CURRENT WITH TRUSTEE PAYMENTS**

___ 7. The Plan does not propose 100% payment to unsecured creditors and the Trustee objects to confirmation on the grounds that the Plan does not provide for all of the Debtor's projected disposable income to be received in the three-year period beginning on the date that the first payment is due under the Plan, will be applied to make payments under the Plan as required by 11 U.S.C. Section 1325(b)(1)(B), because:

___ 8. Debtor(s) is/are ineligible to be in Chapter 13 pursuant to 11 U.S.C. Section 109(e) because their scheduled liquidated, noncontingent unsecured debts are $          .00:

___ 9. Debtor(s) is/are proposing to classify as a "special class" of unsecured debt to be paid in full a guaranteed student or educational loan which first became due before seven years before the filing of this Chapter 13 Petition, at the same time Debtor(s) propose to pay "general" unsecured creditors less than 100%. This is unfair discrimination against general unsecured creditors, in violation of 11 U.S.C. Section 1322(b)(1).

___ 10. Other:

**WHEREFORE**, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

Respectfully submitted,

TOM POWERS, CHAPTER 13 TRUSTEE

By:/s/Tara Tankersley
Tom Powers/Deborah B. Morton
Tara Tankersley
State Bar No. 16218700/14558980/19636900
125 E. John Carpenter Freeway, Suite #1100
Irving, Texas 75062
(214) 855-9200

**Trustee's "Objection to Confirmation"**                                                                                 Page 2
Case No.05-81991
Debtor(s): MONROW L. TRAMMELL

Office of the Chapter 13 Trustee
125 E. John Carpenter Fwy, Suite 1100
Irving, Texas 75062
(214) 855-9200/ Fax (214) 965-0758

**CASE NO. 05-81991-BJH-13**
**MONROW L. TRAMMELL**

## Certificate of Service

I hereby certify that a copy of the foregoing "Trustee's Objection to Confirmation" was served on the following parties at the addresses listed below by United States First Class Mail.

DEBTOR(S):      MONROW L. TRAMMELL, 4014 KERR CIRCLE, FARMERS BRANCH TX, 75244
DEBTOR(S) ATTORNEY:
                PERLMAN AND ROBISON, 3626 N HALL STE 610, DALLAS TX, 75219
CREDITORS:
                COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644
                BALCOM LAW FIRM, 8584 KATY FREEWAY, SUITE 305, HOUSTON TEXAS, 77024
                NOVASTAR MORTGAGE INC, P O BOX 2900, SHAWNEE MISSION KS, 66201
                CITY OF FARMERS BRANCH, CO PERDUE BRANDON FIELDER COLL, PO BOX 13430, ARLINGTON TX, 76094-0430
                PERLMAN AND ROBISON, 3626 N HALL ST STE 610, DALLAS TX, 75219

Dated:    September 11, 2006          By: /s/Tara Tankersley