CHAPTER 13 TRUSTEE
125 E. JOHN CARPENTER FWY
SUITE 1100
IRVING, TEXAS 75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 05-81991 |
| MONROW L. TRAMMELL | JUDGE:  BARBARA J. HOUSER |
| 4014 KERR CIRCLE | |
| FARMERS BRANCH TX 75244 | CHAPTER 13 |
| | DATE: 01/12/2007 |
| a/k/a | |
| DEBTOR(S) | |

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Powers, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

<u>Total Paid</u>
(P&I)

Debtor Discharged:                          Secured:    $_____.00

Case Filed:      10/03/2005                 Priority:   $_____.00

Plan Confirmed:                             *Unsecured: $_____.00


(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

MONROW L. TRAMMELL, 05-81991

The case was DISMISSED PRIOR TO CONFIRMATION on 09/29/2006.

**TOTAL RECEIPTS by Trustee:** $  2,830.00

**ADMINISTRATIVE EXPENSES PAID:**

| | |
|---|---|
| Debtor Attorney Fee Paid By Trustee To PERLMAN AND ROBISON: | $  1,500.00 |
| Trustee's Fee & Expenses Paid Pre-Confirmation: | $      .00 |
| Trustee's Fee & Expenses Paid Post-Confirmation: | $    75.63 |
| Noticing Fee Paid: | $    19.14 |
| Clerk's Fee Paid: | $      .00 |
| TOTAL ADMINISTRATIVE EXPENSES PAID: | $  1,594.77 |

**REFUNDS PAID TO DEBTOR(S):** $  1,235.23

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name<br>Account Number | Comment | Claim Amt.<br>Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **SECURED:** | | | | |
| CITY OF FARMERS BRANCH<br>24061500040200000 | REAL PROPERTY | 353.70 | .00 | .00 |
| COUNTY OF DALLAS<br>24061500040200000 | REAL PROPERTY | 1,677.75 | .00 | .00 |
| NOVASTAR MORTGAGE<br>NO ACCT# | 1 10/05 | 20,782.42 | .00 | .00 |
| NOVASTAR MORTGAGE<br>NO ACCT# | 0005/1ST LIEN/HOME | Direct | .00 | .00 |
| **PRIORITY:** | | | | |
| INTERNAL REVENUE SERVICE<br>6831 | TAXES/OFFSET | 50.60 | .00 | .00 |

Final Report and Account/05-81991/SY                                           Page    2

MONROW L. TRAMMELL, 05-81991

| Creditor Name<br>Account Number | Comment | Claim Amt.<br>Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **UNSECURED:** | | | | |
| CAPITAL ONE BANK<br>52TDM71442724751 | | 1,814.22 | .00 | .00 |
| CAPITAL ONE BANK<br>41TDM41414762018 | | 1,671.39 | .00 | .00 |
| CAPITAL ONE BANK<br>48TDM62375013367 | | 199.66 | .00 | .00 |
| CAPITAL ONE BANK<br>48TDM62500132595 | | 634.69 | .00 | .00 |
| FIRST SAVINGS CREDIT CARD<br>54336011200043337 | | Not Filed | .00 | .00 |
| MERRICK BANK<br>5492 | | 991.17 | .00 | .00 |
| ORCHARD BANK<br>5440455017653456 | | Not Filed | .00 | .00 |
| **OTHER:** | | | | |
| INTERNAL REVENUE SERVICE<br>6831 | / UNSECURED<br>TAXES/OFFSET | 5,475.83 | .00 | .00 |
| INTERNAL REVENUE SERVICE<br>6831 | / UNSECURED PEN<br>PENALTY | 3,234.38 | .00 | .00 |

**NOTICE ONLY:**

ATTORNEY GENERAL OF TEXAS

BALCOM LAW FIRM            NOVASTAR MORTGAGE

CITY OF FARMERS BRANCH

COUNTY OF DALLAS

NOVASTAR MORTCAGE INC

PERLMAN AND ROBISON        MONROW L TRAMMELL

STATE COMPTROLLER

TEXAS ALCOHOLIC BEVERAGE

MONROW L. TRAMMELL, 05-81991

TEXAS EMPLOYMENT COMMISSI

UNITED STATES ATTORNEY

Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, and grants such other relief as may be just and proper.

                                /s/ Thomas D. Powers
                             _____
                              Thomas D. Powers/Trustee